kw)

W. GORDON KAUPP (SBN 226141)
115 ½ Bartlett Street
San Francisco, CA 94110
(415) 285-8091 / fax: 285-8092

Attorney for Khalifah Saif'ullah

**LODGED**

**JUL 2 0 2005**

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH,

      Petitioner,

      v.

TOM CAREY, et al,.

      Respondent.

Case No. CIV S-02-2664 MCE DAD P

**SUBSTITUTION OF ATTORNEY**

Pursuant to Local Rule 83-182(g) of the United States District Court Eastern District of California, pro se litigant Khalifah Saif'ullah hereby seeks to substitute attorney W. Gordon Kaupp, 115 ½ Bartlett Street San Francisco, CA 94110, and thereby withdraw from the action. Mr. Saif'ullah is currently incarcerated at California State Prison – Solano.

Respectfully Submitted,

DATED: July 7, 2005

DATED: July 14, 2005

IT IS SO ORDERED:
DATED: July 26, 2005

W. GORDON KAUPP
Attorney for Khalifah Saif'ullah

KHALIFAH SAIF'ULLAH
Withdrawing Pro Se Litigant

JUDGE ENGLAND BROZD

1 | W. GORDON KAUPP (SB# 226141)
115 1/2 Bartlett Street
2 | San Francisco, California 94110
3 | (415) 285-8091 / fax: 285-8092

4 | Attorney for Petitioner

5

6 | **IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
7

8

9 | KHALIFAH E.D. SAIF'ULLAH,                    CIV S-02-2664 MCE DAD P

10 |              Petitioner,

11 |                                              **PROOF OF SERVICE**
              v.
12
TOM CAREY, et al,.
13
              Respondents.
14

15 |       I declare that I am employed in the City and County of San Francisco, California. I am
16 | over the age of eighteen years and not a party to this case. My business address is:
115 ½ Bartlett Street, San Francisco, CA 94110.
17
On July 19, 2005, I served the **SUBSTITUTION OF ATTORNEY**
18

19 | in the following manner:
  X  U.S. Mail         ___Overnight Mail   ___Hand Delivery        ___Fax
20 | on the following persons or entities:
Stephen P. Acquisto
21 | Office of the Attorney General
1300 I Street, Suite 125
22 | PO Box 944255
Sacramento, CA 94244-2550
23

24 | I declare under penalty of perjury that the foregoing is true and correct.
25 | Executed on July 19, 2005 at San Francisco, CA.

26 |                                              W. GORDON KAUPP
                                              DECLARANT
27

28