W. GORDON KAUPP (SBN 226141)
LAW OFFICE OF DENNIS CUNNINGHAM
115 ½ Bartlett Street
San Francisco, California 94110
Telephone:(415) 285-8091
Facsimile: (415) 285-8092
Email: gordonk@hotmail.com

Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH,

    Petitioner,

vs.

TOM CAREY, et. al.,

    Respondents.

No. CIV S-02-2664 MCE DAD P

**STIPULATED REQUEST FOR AN EXTENSION TO RESPOND TO RESPONDENTS' OBJECTIONS TO FINDINGS AND RECOMMENDATIONS**

    On June 28, 2005, Magistrate Judge Dale A. Drozd issued his Order and Findings and Recommendations in the above-entitled case where he recommended the immediate release of petitioner Khalifah Saif'ullah. On July 18, 2005, respondents filed their Objection to Findings and Recommendations. The Magistrate Judge's Order gives petitioner until July 28, 2005 to submit his "Response" to respondent's Objections.

    On July 20, 2005, attorney for petitioner, W. Gordon Kaupp, filed a Substitution of Attorney pursuant to Local Rule 83-182(g). Respondents were served the Substitution of Attorney on July 19, 2005. Because petitioner's attorney has so recently substituted in to the case he herein seeks a 30-day extension of time pursuant to Local Rule 6-144(a) . Respondents have no objection to the extension of time to file.

//////

1 | The parties therefore ask that the Court extend petitioner's time to respond by 30 days.

3 | So stipulated and respectfully submitted,

```
                                              W. GORDON KAUPP
                                              LAW OFFICES OF DENNIS
                                              CUNNINGHAM
```

Dated:      July 22, 2005                     _____/S/_____
                                              W. GORDON KAUPP

Attorney for Petitioner

```
                                              JULIE GARLAND
                                              DEPUTY ATTORNEY GENERAL
```

Dated:      July 22, 2005                     _____/S/_____
                                              JULIE GARLAND

Attorney for Respondents

**ORDER ON STIPULATION**

Per the stipulation of the parties, petitioner's time to file his Response to respondents' Objection to Findings and Recommendations is extended to August 29, 2005.

IT IS SO ORDERED.

DATED: July 26, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/saif2664.extreply