IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH,

    Petitioner,                           No. CIV S-02-2664 MCE DAD P

    vs.

TOM CAREY, et al.,

    Respondents.                      ORDER

/

        On July 26, 2005, the court ordered the substitution of attorney W. Gordon Kaupp in place of the pro se petitioner in accordance with petitioner's request. The order was filed on July 27, 2005. On July 27, 2005, petitioner's counsel filed a document titled "Withdrawal of Attorney" but entered the document on the court's docket as a motion to withdraw as petitioner's attorney of record.

        An attorney who has appeared may not withdraw leaving the client <u>in propria persona</u> without leave of court **upon noticed motion** and notice to the client and all other parties who have appeared." Local Rule 83-182(d) (emphasis added). Counsel has not filed a noticed motion, as required by the rule, and his defective motion to withdraw will be denied.

        On July 29, 2005, petitioner <u>in propria persona</u> filed a motion to relieve W. Gordon Kaupp as his attorney of record. Good cause appearing, this motion will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to withdraw filed by petitioner's attorney of record on July 27, 2005, is denied;

2. The motion to relieve W. Gordon Kaupp as attorney of record filed by petitioner in propria persona on July 29, 2005, is granted;

3. W. Gordon Kaupp is relieved of the duty to represent petitioner in this matter; and

4. The Clerk of the Court shall serve this order on W. Gordon Kaupp, the pro se petitioner, and respondents' counsel.

DATED: August 1, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
saif2664.subps

2