IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH,

        Petitioner,               No. CIV S-02-2664 MCE DAD P

    vs.

TOM CAREY, et al.,

        Respondents.        <u>ORDER</u>

_____/

        On July 26, 2005, the court approved petitioner's request for substitution of attorney W. Gordon Kaupp as his counsel.  On July 27, 2005, counsel moved to withdraw, and on July 29, 2005, petitioner moved to relieve W. Gordon Kaupp as his attorney of record. Petitioner's motion was granted on August 2, 2005, and no further substitution of attorney has been filed.  On October 26, 2006, W. Gordon Kaupp filed a notice of appeal from the judgment entered in this action on September 29, 2006.

        IT IS ORDERED that:

        1.  Petitioner <u>in</u> <u>propria</u> <u>persona</u> shall file, within twenty days after this order is served, either a substitution of attorney or a declaration stating that the notice of appeal was improperly filed; and

/////

1

1          2.  The Clerk of the Court shall serve this order on W. Gordon Kaupp as well as

2    on petitioner, who is his own attorney of record at this time.

3    DATED: November 27, 2006.

4

5    _____

6    DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

7    DAD:13
     saif2664.counsel

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26