IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALIFAH E.D. SAIF'ULLAH,

    Petitioner,                   No. CIV S-02-2664 MCE DAD P

    vs.

TOM CAREY, et al.,

    Respondents.              <u>ORDER</u>

_____/

        By order filed November 28, 2006, petitioner was directed to file a substitution of attorney or a declaration stating that the notice of appeal filed by counsel on October 26, 2006, was improperly filed. Petitioner has filed a motion to substitute W. Gordon Kaupp as counsel of record. Accordingly, IT IS ORDERED that:

        1. Petitioner's December 4, 2006 motion for substitution of counsel is granted;

        2. W. Gordon Kaupp is substituted as petitioner's attorney of record effective October 26, 2006.

DATED: December 6, 2006.

*(signature)*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
saif2664.motsub